# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| ANDREAS KEITH ANDERSON, | ) |
| Petitioner, | ) |
| v. | ) Case No. 7:22-cv-00590-ACA-HNJ |
| JOHN HAMM, et al., | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On January 4, 2023, the magistrate judge entered a report recommending that the court dismiss as unexhausted Petitioner Andreas Keith Anderson's 28 U.S.C. § 2254 petition for a writ of habeas corpus. (Doc. 11). Although the magistrate judge advised Mr. Anderson of his right to file specific written objections within fourteen days and the consequences of a failure to object (*id.* at 14), Mr. Anderson has not filed any objections.

Mr. Anderson's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. The court therefore **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. The court **WILL DISMISS** Mr. Anderson's § 2254 petition **WITHOUT PREJUDICE** as unexhausted and **WILL DENY** Mr. Anderson a certificate of appealability.

The court will enter a separate final order.

**DONE** and **ORDERED** this February 6, 2023.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE